EILEEN M. TEICHERT, City Attorney (SBN 167027)
**BRETT M. WITTER, Supervising Deputy City Attorney (SBN 168340)**
BWitter@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA  95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA  95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, JOHN F. SHIREY
and JIM COMBS

UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCUPY SACRAMENTO, et al., | Case No.: 2:11-CV-02873-MCE -GGH |
| Plaintiffs, | **DECLARATION OF PARKS DIRECTOR JIM COMBS IN SUPPORT OF CITY OF SACRAMENTO'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| CITY OF SACRAMENTO, JOHN F. SHIREY Sacramento City Manager in his official capacity; JIM COMBS, Sacramento City Director of Parks and Recreation, in his official capacity, | |
| Respondents. | Date:  November 3, 2011<br>Time:  2:00 p.m.<br>Dept:  7<br>Hon. Morrison England |

I, JIM COMBS, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called to testify, I can competently testify thereto.

2. I am currently employed by the City of Sacramento as the Director of the City's Department of Parks and Recreation. I have been so employed for over four years.

3. The City's Department of Parks and Recreation is responsible for, *inter alia*, the management and maintenance of the City's network of park grounds and the promulgation of rules and regulations related to the use of those parks.

4. The Parks Department maintains over 210 developed parks and open spaces throughout the City totaling more than 3,200 acres. This includes neighborhood, community, and

regional parks with playgrounds, play equipment, picnic areas, sports fields, basketball courts, boat launch ramps, restrooms, community centers, Rose Gardens, and other special facilities.

5. The City's network of park grounds include the Cesar E. Chavez Plaza, which is located at 910 I Street. Chavez Plaza is a small community park, only 2.5 acres in size, where approximately 8 picnic tables, a single restroom, a café, fountain, a performance stage and public art are located.

6. The City, and the Parks Department specifically, is dedicated to maintaining the City's parks and open spaces in an attractive and intact condition to insure their availability to the general public who wish to enjoy them.

7. The City has adopted various ordinances which regulate park use hours and generally prohibit all overnight camping activities in City parks and other places of public and private property throughout the City unless a City issued permit is first obtained.

8. The City's park use regulations and permitting process are intended to ensure the ability of the general public to enjoy the park facilities, to ensure the viability and maintenance of those facilities, to protect the public's health, safety and welfare, and to protect the City's parks and public property from overuse and unsanitary conditions, including but not limited to, camping and overnight sleeping activities in City parks not specifically designed for those purposes.

9. The City's permitting process includes a Special Events Permit specifically designed to accommodate special events, parades, and demonstrations planned by political groups and neighborhood associations as well as profit/non-profit organizations and promoters. The City generally hosts more than five hundred public special events annually through this permitting process.

10. Instructions and applications related to the City's special events permitting process are readily available on the City's public website and other Parks Department locations.

11. As of November 2, 2011, the Parks Department has received no applications for any park use permit or special event permit from the Occupy Sacramento group or from any person affiliated with the group in relation to the group's activities at Cesar Chavez Plaza.

12. While special events enhance the City's lifestyle and provide benefit to area residents, those special events, if unregulated, can have an adverse effect on the public health, safety and

welfare due to noise, traffic, safety and health hazard impacts. The City's special events permitting process is designed to ensure the health and safety of patrons of special events, to prohibit illegal activity from occurring within special event venues and to minimize any adverse effects from special events while ensuring the orderly and efficient use of public property and city services.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 2, 2011 in Sacramento, California.

JIM COMBS
Director, Department of Parks and Recreation
CITY OF SACRAMENTO