EILEEN M. TEICHERT, City Attorney (SBN 167027)
**BRETT M. WITTER, Supervising Deputy City Attorney (SBN 168340)**
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, JOHN F. SHIREY
and JIM COMBS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| OCCUPY SACRAMENTO, et al. | Case No.: 2:11-cv-02873-MCE -GGH |
|---|---|
| Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, JOHN F. SHIREY Sacramento City Manager in his official capacity; JIM COMBS, Sacramento City Director of Parks and Recreation, in his official capacity.<br><br>Defendants. | **DECLARATION OF WENDY KLOCK-JOHNSON IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**Date: November 3, 2011**<br>**Time: 2:00 p.m.**<br>**Dept: 7** |

I, Wendy Klock-Johnson, declare:

1.     I have personal knowledge of the facts stated herein and, if called to testify, I can competently testify thereto.

2.     I am currently employed by the City of Sacramento, Office of the City Clerk, as an Assistant City Clerk. I have been employed by the City of Sacramento for 13 years.

3.     On November 1, 2011, I reviewed the City of Sacramento's historical records that are maintained by the City Clerk's Office, and located a Staff Report dated June 23,1981 which was entitled: Ordinance Amending Chapter 27, Articles I and II, of the Sacramento City Code Relating to the Department of Community Services. A true and correct copy of that staff report is attached to this

1

209587

1  Declaration as Exhibit A.

2      I declare under penalty of perjury, under the laws of the State of California, that the foregoing

3  is true and correct.

4      Executed on November 2, 2011 in Sacramento, California.

5

6  WENDY KLOCK-JOHNSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF WENDY KLOCK-JOHNSON

209587

# EXHIBIT A



# CITY OF SACRAMENTO

43

DEPARTMENT OF COMMUNITY SERVICES
3520 FIFTH AVENUE                SACRAMENTO, CA 95817
(916) 449-5200

SOLON WISHAM, JR.
DIRECTOR

CITY MANAGER'S OFFICE

RECEIVED
JUN 2 4 1981

CROCKER ART MUSEUM DIVISION
GOLF DIVISION
METROPOLITAN ARTS DIVISION
MUSEUM AND HISTORY DIVISION
RECREATION DIVISION
PARKS DIVISION
ZOO DIVISION

June 23, 1981

APPROVED
BY THE CITY COUNCIL

APPROVED
BY THE CITY COUNCIL

City Council
Sacramento, California

JUN 3 0 1981

OFFICE OF THE
CITY CLERK

Honorable Members in Session:          OFFICE OF THE
                                       CITY CLERK

SUBJECT:  Ordinance Amending Chapter 27, Articles I and II, of the
          Sacramento City Code Relating to the Department of Community
          Services

## SUMMARY

This report provides a proposal for substantial revisions of the existing
Recreation and Parks ordinance, Chapter 27, Articles I and II of the City
Code.  It is recommended by the City staff and the Council Law and Legis-
lative Committee that the City Council enact the proposed ordinance, at-
tached as Exhibit A.

## BACKGROUND

The existing Recreation and Parks ordinance was enacted in 1971.  Since
that time, services to the community and service administration by the
City have markedly changed.  The number of Community Services buildings
has increased from four in 1971 to sixteen in 1981 and now provide facil-
ities for an expanded range of community uses.  The existing ordinance does
not provide the opportunity for numerous desirable and publicly requested
activities.  In order to better accommodate use and to mitigate interfer-
ence with the general public's enjoyment of park facilities and buildings,
a number of amendments and additions are proposed in the new ordinance at-
tached as Exhibit A.

## DISCUSSION OF RECOMMENDED POLICY CHANGES

The attached Exhibit B provides a detailed listing of changes in each or-
dinance section.  Significant areas of change include:

1.  The Department of Recreation and Parks has been changed to
    the Department of Community Services.  This change is made
    throughout the entire proposed ordinance.  (Reference Exhi-
    bit A).

Case 2:11-cv-02873-MCE-GGH   Document 14   Filed 11/02/11   Page 5 of 51

2. Park Use - The new ordinance requires park use permits for groups
   of over 50 persons utilizing the park facilities. (Reference Ex-
   hibit A, Section 27.50(a), page 5).

3. Amplified Sound - The new ordinance is changed from measuring the
   amount of amplification by wattage to measuring the amplification
   by decibels and sets a maximum noise level for Amplified Sound
   Permits in the parks in addition to a more restrictive amplifica-
   tion level near residential units. (Reference Exhibit A, Section
   27.90, page 9).

4. Fund Raising Activities - The new ordinance provides that fund
   raising activities of non-profit groups be added to the types of
   activities which may be held in the Community Services buildings.
   (Reference Exhibit I, Section 27.100, page 10).

5. Building Use - The new ordinance provides for the collection of
   money to offset costs of non-profit group activities to be allow-
   ed (Reference Exhibit A, Section 27.30(b), page 5) and allows the
   use of alcoholic beverages in accordance with building use guide-
   lines (restriction deleted in new ordinance).

The attached Exhibit C provides the existing Recreation and Parks ordinance
for comparison.

LAW AND LEGISLATIVE COMMITTEE ACTION

The City Council on June 9, 1981 referred this report to the Law and Legisla-
tive Committee for review and recommendation. The Committee at its meeting
of June 18, 1981 reviewed the report and recommended that the Council enact
the attached ordinance as amended by the Committee and changed by the City
staff. Most of the changes were minor. One significant change was made at
the request of Committee Chairperson Doug Pope, which deleted application
criteria from the Fund Raising Permit. (Reference Exhibit D).

FINANCIAL DATA

The proposed ordinance and the previously Council approved fee increases will
generate additional revenues estimated in the range of $7,000 to $10,000.

RECOMMENDATION

It is recommended that the City Council enact the attached ordinance amend-
ing Chapter 27, Articles I and II, of the City Code.

Respectfully submitted,

SOLON WISHAM, JR.
Director of Community Services

Recommendation Approved:

WALTER J. SLICE, City Manager

Attachments

June 30, 1981
All Districts

EXHIBIT A

ORDINANCE NO.   $81-054$

ORDINANCE REPEALING AND REENACTING
ARTICLES I AND II OF CHAPTER 27 OF
THE SACRAMENTO CITY CODE RELATING TO
THE DEPARTMENT OF COMMUNITY SERVICES
AND TO RECREATION AND PARKS

BE IT ENACTED BY THE COUNCIL OF THE CITY OF SACRAMENTO AS FOLLOWS:

SECTION 1.

Articles I and II of Chapter 27 of the Sacramento City Code con-
sisting respectively of Sections 27.1 through 27.3 and Sections
27.10 through 27.160 and the park use and capacity matrix and
legend on pages 27-13 through 27-15 of said Code be and the same
are hereby repealed. Articles I and II of Chapter 27 are hereby
reenacted to read as follows:

### CHAPTER 27

### COMMUNITY SERVICES

### ARTICLE I.   GENERAL PROVISIONS

#### Sec. 27.1   Department of Community Services.

The operation, management and control of parks, park buildings,
recreational facilities and programs, and the City of Sacramento's
participation in the operations and programs of the Crocker Art
Museum, the Sacramento Metropolitan Arts Commission, and the
Sacramento Museum and History Commission shall continue to be the
responsibility of the Department of Community Services.

#### Sec. 27.2   Director of Community Services.

The chief administrative officer of the Department of Community
Services shall continue to be the Director of Community Services
who shall serve at the pleasure of and be subject to the supervision
and control of the City Manager. The Director of Community Services
shall exercise supervision and control over the work, operating
services and activities of the Department of Community Services
and shall coordinate the work of the divisions thereof into one
efficient and economical operation.

APPROVED
BY THE CITY COUNCIL

JUN 3 0 1981

OFFICE OF THE
CITY CLERK

ARTICLE II.   RECREATION AND PARKS

Division I.   Definitions

Sec. 27.10  Definitions.

For purposes of this article, the following words and phrases shall have the meaning set forth in this section, unless the context otherwise clearly requires.

(a)  Alcoholic beverages:  The term "alcoholic beverages" shall mean alcohol, spirits, liquor, beer, wine or any other liquid which contains one-half of one percent or more of alcohol by volume.

(b)  Amplified sound:  The term "amplified sound" shall mean speech, music or other sound projected or transmitted by electronic equipment including amplifiers, loud speakers, microphones, or similar devices or combinations of devices which are powered by electricity, battery or combustible fuel and which are intended to increase the volume, range, distance or intensity of speech, music or other sound.

(c)  Business activity:  Business activity means any activity other than commercial activity (as defined in subsection (i) of this section) engaged in or carried on by a business entity primarily to aid or facilitate the earning of a profit.

(d)  Business entity:  Business entity means any organization or enterprise operated for profit, including, but not limited to, a proprietorship, partnership, firm, corporation or association.

(e)  Building:  The term "building" shall mean and include those buildings or structures, or any portion thereof, under the supervision of the Department of Community Services.

(f)  Camping:  The term "camping" shall include:

(1)  occupying for living or sleeping purposes a camper, trailer, motor home or other vehicle equipped for human habitation; or,

(2)  the erection of any tent or other shelter; or,

(3)  the arrangement of sleeping bags or other bedding for the purpose of, or which will permit, remaining overnight.

(g)  Children's playground area:  The term "children's playground area" shall mean and include park areas which are specifically designed and include equipment and structures for use by children.

(h)  City Manager:  The term "City Manager" shall mean the City Manager of Sacramento, the acting City Manager, or the City Manager's designee.

2

(i) Commercial Activity: The term "commercial activity" means the selling, offering for sale, or solicitation for future delivery or performance of any goods, wares, merchandise or services of any kind, including, but not limited to, food and beverages, in any park or building, but shall not include magazines, books, newspapers, periodicals or pamphlets.

(j) Co-Sponsored: The term "Co-sponsored" shall mean activities that provide specific organized recreation/community services for participants and for which the Department of Community Services shares the responsibility for the activity with other community agencies and/or organizations or individuals.

(k) Decible or dB: The term "decibel" or "dB" means a unit which denotes the ratio between two quantities which are proportional to power, the number of decibels corresponding to the ratio of two amounts of power is ten (10) times the logarithm to the base of ten (10) of this ratio.

(l) Designated Area or Building: The term "designated area" or "designated building" shall mean an area or building specifically designed or equipped for special uses, and set aside for such uses.

(m) Director: The term "Director" shall mean the department head of the Department of Community Services or his designee.

(n) Fund raising: The term "fund raising" means and includes the act of making a request, directly or indirectly, for money, credit, property, financial assistance or other things of value on the plea or representation that such money, credit, property, financial assistance or other thing of value will be used for charitable purposes (as the term "charitable purposes" is defined in Section 10.31 of the Sacramento City Code) or for any purpose other than that of pecuniary profit.

(o) Noise level: The term "noise level" means the "A" weighed sound pressure level in decibels obtained by using a sound level meter at slow response with a reference pressure of twenty (20) micropascals. The unit of measurement shall be designated as dBA.

(p) Nonprofit organization: The term "nonprofit organization" shall mean any group or persons associated for religious, scientific, literary, educational, recreational, benevolent or other purpose not of pecuniary profit.

(q) Parks: The term "parks" shall mean and include all parks, parkways, malls, plazas, greenbelts, gardens, lakes, and any other property owned by the City of Sacramento, including structures thereon, and used, operated, or maintained for recreational purposes whether passive or active. The term "park" shall also include all off street parking areas which are used or intended to be used in connection therewith. The term "owned" shall include any property

3

interest under which the City Department of Community Services operates, maintains, or controls said property.  The term shall also include any property owned or kept by the City as open space, including undeveloped sites for future parks.

(r)  Person:  The term "person" shall mean and include persons, associations, partnerships, firms and corporations.

(s)  Picnicking:  The term "picnicking" shall mean the consumption of food and/or beverage outdoors.

(t)  Residential property:  The term "residential property" means a parcel of real property which is developed and used either in part or in whole for residential purposes other than transient uses such as hotels and motels, and other than nonconforming residential uses within C-4, M-1, M-2, M-1-S, and M-2-S zones.

(u)  Sponsored:  The term "sponsored" shall mean activities organized by the Department of Community Services and over which the Department retains total responsibility.

(v)  Trash:  The term "trash" shall mean garbage, refuse, litter, paper, vegetable matter and rubbish.

(w)  Vehicle:  The term "vehicle" shall mean and include gasoline, electric, or other fuel-powered devices by which any person or object may be propelled, moved, or drawn, including go-carts, minibikes, model boats and model airplanes.

Sec. 27.20  Compliance with Article Required; Violation, Enforcement.

(a)  It shall be unlawful for any person to enter, be or remain in any park or building unless he or she complies with all regulations set forth in this article applicable to such park or building.

(b)  Violations of any provision of this article shall be a misdemeanor and subject to the provisions of Section 1.7 of the City Code.  The provisions of this article and rules and regulations promulgated hereunder shall be enforced by the employees of the Department of Community Services, City Park Service officers and City Police officers.

Division II.  Building Use

Sec. 27.30  Building Use Regulations.

No person shall:

(a)  engage in any commercial activity in any building, except a nonprofit organization pursuant to a fund raising permit issued therefor;

4

(b) engage in any fund raising activity in any building, except pursuant to a permit issued therefor; provided, however, that funds may be raised without first securing a permit for organizational dues or to defray the costs of the activity by a nonprofit organization or in connection with a City sponsored or co-sponsored activity;

(c) engage in any business activity in any building;

(d) use, attempt to use or interfere with the use of any building or portion thereof which at the time is reserved by permit for the exclusive use of any other person or group; or,

(e) smoke in any building or portion thereof where signs are in place prohibiting smoking. The Director shall have the authority to designate buildings or portions thereof where smoking is prohibited.

Sec. 27.40 Building Use Permits - Purpose, Designation of Buildings, Reservations.

(a) Purpose and exclusive use. The City's designated buildings may be made available for the exclusive use of persons or groups subject to the issuance of a permit by the Director and subject to the payment of fees, where applicable. Designated buildings and portions thereof may be reserved for neighborhood parties, athletic events, social clubs, dancing parties, enter- tainment, dramatics, civic meetings and community gatherings.

(b) Designation of buildings. The Director shall designate buildings or portions thereof for which an application may be made for building use permits. Such designation shall include the times such buildings shall be open and shall be maintained in the office of the Department of Community Services.

(c) Reservations. Reservations may be made as far in advance as desired for the current calendar year, upon payment of the fee. However, no group or individual will be permitted to reserve in advance for more than one date without the written permission of the Director.

Division III.   Park Use

Sec. 27.50 Park Use Regulations.

No person shall:

(a) conduct or carry on an assembly of more than fifty (50) people in a park, which assembly is intended or can reasonably be expected to last more than thirty (30) minutes or which does in fact last more than thirty (30) minutes, unless a park use permit has been first issued therefor;

5

(b) conduct or carry on any organized activity in the park facilities designated as McKinley Park Rose Garden, William Carroll Memorial Amphitheatre, Callahan Memorial Band Shell, or Land Park Village Green, unless a park use permit has first been issued therefor;

(c) use any amplified sound without first obtaining an amplified sound permit. This prohibition shall not apply to the use of any radio, tape player, tape recorder, record player or television in compliance with Section 66.302(m) of the City Code or to broadcasts from any vehicle to which the provisions of Section 25.20 through 25.29 of the City Code are applicable;

(d) engage in any commercial activity in any park, except a nonprofit organization pursuant to a fund raising permit therefor or pursuant to a lease or concession contract issued under Chapter 12 of the City Code;

(e) engage in any fund raising activity in any park, except pursuant to a permit issued therefor; provided, however, that funds may be raised without first securing a permit for organizational dues or to defray the cost of the activity by a nonprofit organization or in connection with a City sponsored or co-sponsored activity;

(f) engage in any business activity in any park;

(g) interfere with the use of any park or portion thereof which at the time is reserved by permit for the use of any other person or group;

(h) ride bicycles, smoke, drink alcoholic beverages or picnic in children's playground areas;

(i) no person eighteen (18) years or older shall remain in or enter a children's playground area unless actually engaged in the care, custody or supervision of a person younger than eighteen (18) years of age who is using the facilities in the area;

(j) bring any wild or domesticated animal or pet into or upon grounds of the zoo, Fairytale Town, any swimming pool, any golf course, commercial amusement area or children's playground area;

(k) in park areas other than those designated in subdivision (j) of this section, no person shall bring any domesticated animal or pets unless they are leashed;

(l) possess, discharge or shoot any firearm or bow and arrow in any park, except in areas designated for such use. Slingshots, airguns, fireworks, and other devices potentially harmful to park visitors are prohibited in all parks;

6

(m)  play or practice golf in any area not designated for such use;

(n)  swim or wade except in supervised swimming or wading pools;

(o)  engage in horseback riding, except on designated bridle paths;

(p)  kill, chase, wound, or capture any wild or domestic bird, or animal in a park.  This subsection shall not apply to the chasing or capturing of one's own animal;

(q)  intentionally remove, break, injure, deface, or disturb any plant material, structure, or improvement;

(r)  contaminate in any way any water, fountains, pools, lakes, rivers, other water supply, or wash any clothing or cooking utensils in any such waters;

(s)  dispose of trash or garbage not accumulated within park areas; no person shall dispose of trash or garbage accumulated within park areas other than in receptacles provided for this purpose;

(t)  start or maintain fires in parks other than in "on-site" barbecue pits or personal portable barbecues within designated picnic areas.  No person shall fail to extinguish live coals or fires before leaving the picnic area;

(u)  open, expose, or interfere with any water system or utility, provided that this prohibition shall not apply to the use of any drinking fountain for its intended purpose;

(v)  use or operate any vehicle or other motorized objects in the following ways:

(1)  operating gasoline or other fuel powered vehicles (except golf carts where authorized) in any park, except upon streets, parking lots or other areas designated for such use, unless expressly permitted in writing by the Director.  This subsection shall not apply to City employees on official business;

(2)  operating or parking any vehicle as defined in the California Vehicle Code within a park, except upon areas designated for such use, unless expressly permitted in writing by the Director.  This subsection shall not apply to City employees on official business.

(w)  camp in any park without a park use permit;

7

(x)  the playing of softball or baseball by any male person fifteen (15) years of age or older on any softball or baseball field where signs are posted which prohibit such play by such person; and,

(y)  do the following acts in Garcia Bend Park, Miller Park, or the Sacramento Boat Harbor:

(1)  park outside the areas designated for parking or double-park at any time;

(2)  park any vehicle or trailer in a boat launch area other than while putting a boat in or taking a boat out of the water;

(3)  park any trailer in any section posted "NO TRAILER PARKING".

Sec. 27.60  Regulation of Consumption of Alcoholic Beverages.

In addition to the restrictions imposed by subsection (h) of Section 27.50, consumption of alcoholic beverages may be prohibited as follows:

When the Chief of Police determines that the consumption of alcoholic beverages in any park has resulted in disturbing and excessive noise, physical altercations, throwing of bottles or cans, or any other activity which jeopardizes the safety of other persons or interferes with the use and enjoyment of the park by other persons, and that such activity is likely to continue unless the consumption of alcoholic beverages is prohibited in the park or certain areas within such park, then the Chief of Police is hereby authorized to designate such an area as one in which the consumption of alcoholic beverages is prohibited and in so acting shall post or cause to be posted such sign or signs as may be necessary to provide reasonable notice thereof.  No person shall drink any alcoholic beverage in any park or portion thereof where such signs are in place prohibiting such act.

Sec. 27.70  Remaining or Loitering in Parks During Certain Hours Prohibited.

(a)  No person shall remain or loiter in any public park:

(1)  between the hours of 12:00 o'clock midnight Friday or Saturday and 5:00 o'clock A.M. of the following day; and,

(2)  between the hours of 11:00 o'clock P.M. Sunday through Thursday and 5:00 o'clock A.M. of the following day.

(b)  The prohibitions contained in subdivisions (a)(1) and (a)(2) of this section shall not apply:

8

(1)  to any person on an emergency errand;

(2)  to any person attending a meeting, entertainment event, recreational activity, dance or similar activity in such park provided such activity is sponsored or co-sponsored by the Department of Community Services or a permit therefor has been issued by the Department of Community Services;

(3)  to any person exiting such park immediately after the conclusion of any activity set forth in subdivision (b)(2) above;

(4)  to any peace officer or employee of the City while engaged in the performance of his or her duties.

Sec. 27.80  Park Areas for Non Exclusive Use.

Any person may, upon notifying the department and payment of a charge established by resolution of the City Council, request the department to schedule use on the date and time and for the duration specified by such person. If it is reasonably possible to do so, the Director shall arrange for irrigation and other park maintenance and provide additional trash containers to accommodate the use. Nothing in this section shall be deemed to:

(a)  authorize exclusive use by the person requesting such service of the department; or,

(b)  require any person to apply for a park use permit unless required by some other provision of this chapter.

Sec. 27.90  Amplified Sound.

(a)  The park areas available for the use of amplified sound shall be set forth by resolution pursuant to Section 27.190.

(b)  In addition to the provisions of Section 27.50, the use of amplified sound in any park, public street or parking area within any park, shall be subject to the following regulations:

(1)  No amplified sound shall be used except music or human speech, or both;

(2)  No person shall use amplified sound except between sunrise and sunset, except at lighted facilities as set forth by resolution pursuant to Section 27.190;

(3)  No person shall use amplified sound exceeding a noise level of 86 dBA at a distance of twenty-five (25) feet from a noise source or sources, or exceed a noise level of 55 dBA on any residential property;

9

(4)   The provisions of subdivisions (b)(2) and (b)(3) of this section shall not apply to:

(A)   broadcasts from any vehicle to which the provisions of Section 25.20 through 25.29 of this Code are applicable;

(B)   use of any radio, tape player, tape recorder, record player, or television to which the provisions of Section 66.302(m) of this Code are applicable;

(C)   to the use of any amplified sound by any peace officer or employee of the City while engaged in the performance of his or her duties.

Division IV.   Fund Raising

Sec. 27.100   Fund Raising Permit.

(a)   In addition to any other permit required by this chapter, any nonprofit organization desiring to raising funds in any park or building shall first obtain a fund raising permit, provided, however, that no permit shall be required for a religious organization to raise funds for a religious purpose or for sponsored/co-sponsored activities.   Such application shall be filed at least ten (10) business days prior to the activity.

(b)   Application for a fund raising permit shall be made to the Director stating:

1.   The name, address and telephone number of the nonprofit organization which is the applicant;

2.   The dates and hours of the activity; and,

3.   The estimated attendance.

Sec. 27.110   Action on Application, Grounds for Denial, Procedure.

The Director shall issue the permit within eight (8) business days of the filing of the application, unless he finds on the basis of the information provided in the application or from his independent investigation that:

(a)   the application is not complete or timely;

(b)   the park, building or portion thereof is not available because of prior reservation, prior contract, or City sponsored or co-sponsored event, or will not accommodate the activity because of the number of persons expected to attend.

10

Division V.   Permit Procedure for Building
Use, Park Use, Amplified Sound
Permit Applications

Sec. 27.120   Building Use, Park Use, Amplified Sound Permit Appli-
cations.

Whenever a building use, park use, or amplified sound permit
is required by provisions of this article, an application shall
be filed with the Director at least ten (10) business days in
advance of the date for which the permit is sought stating:

(1)   the name, address and telephone number of the applicant;

(2)   the name, address and telephone number of the person,
group, organization, or corporation sponsoring the activity;

(3)   dates and hours of the activity;

(4)   estimated attendance;

(5)   assurance of responsibility of cleaning entire area;

(6)   description of the proposed activity including a
description of equipment to be used in connection therewith and
the use to be made of such equipment;

(7)   the building or park or portion thereof for which
application is made;

(8)   the name, address and telephone number of each monitor
the applicant will provide, if any; and,

(9)   any other information which the Director determines to
be reasonably necessary to insure the activity will not result in
injury to persons or property or involve violations of law.

Sec. 27.130   Application - Waiver of Time.

The Director shall waive the period for permit applications
when the activity is spontaneous or organized on short notice in
response to an event of obvious importance such as local grievances
or important national events, and the full period for permit appli-
cation would deprive the activity of immediate response to such
an event.   The Director may waive the period where circumstances
make it impractical or unnecessary.

Sec. 27.140   Same; Action on Application; Grounds for Denial;
Procedure.

(a)   Applications for building use, park use and amplified
sound permits shall be acted upon by the Director within a reason-
able time under the circumstances, but in no event less than

11

eight (8) business days before the date for which the permit is sought.

(b) The Director shall issue the permit unless he finds:

(1) the building, park, or portion thereof applied for is not available because of prior reservation or City sponsored or co-sponsored event or will not accommodate the activity of the applicant because of the number of persons expected to attend;

(2) that the proposed activity is of a size, nature, or duration that requires the diversion of so great a number of police officers of the City to properly police the areas, as to hinder the police protection to the City;

(3) that the applicant failed to file timely application;

(4) that the proposed activity would violate federal, state, or local laws or regulations;

(5) applicant fails to agree in writing to clean, repair and restore the building or park or portion thereof to its condition immediately prior to the activity for which the permit is sought;

(6) applicant fails to agree in writing to provide monitors at the ratio of one for every fifty persons expected to attend. Such monitors shall be responsible adults and shall be in attendance for the duration of the event or activity for which the permit is issued;

(7) The organizers of the event, or agents or persons acting in concert with the organizers, have specific intent, manifested by specific plans, to engage in or provoke violence;

(8) That in the case of park use permits or amplified sound permits, the applicant fails to agree in writing to provide chemical toilet facilities for any event where the estimated attendance exceeds 1,000 persons or, in parks which do not have toilet facilities, chemical toilets for any event where the estimated attendance exceeds 50 persons. Such facilities shall be provided at the ratio of one for each additional 400 persons or fraction thereof. This requirement shall apply only if the Director specifically requires chemical toilet facilities for the application.

(c) Where the Director finds, from the application and his initial investigation thereof, that one or more of the conditions

12

exist justifying denial, he shall notify the applicant thereof in
writing of his intent to deny the permit.  The notice shall
specify the grounds for the denial.  The applicant may request
in writing that a hearing be held before the Director on the
matter.  Such notice shall be filed with the Director within two
(2) business days of the Director's notice specified above and
the hearing shall be held not more than two (2) business days
thereafter.  The Director, within one (1) business day of the
hearing shall render his decision to the applicant.  Said decision
shall be in writing and shall specify the grounds therefor.
If no request is made by the applicant for a hearing before the
Director as provided herein, the notice of intent to deny the
permit shall operate as a denial.

(d)  Any decision of the Director may be appealed by the
applicant to the City Manager pursuant to Section 27.150.

Division VI.   Appeals; Miscellaneous
Provisions

## Sec. 27.150  Appeals of Decisions on Permits.

An applicant may appeal the decision of the Director on any
permit provided for in this article to the City Manager.  The
applicant must file such appeal with the City Manager within
two (2) business days of the Director's decision.  The City Manager
or his designee shall hold a hearing within two (2) business days
of the filing of such appeal, at which time applicant may present
any evidence relevant to the application.  The City Manager shall
within two (2) business days of such hearing issue his decision
either affirming the denial of the application, or directing
the Director to issue a permit.  The decision of the City Manager
shall be in writing, shall specify the grounds therefor, any
shall be final.

## Sec. 27.160  Fees.

Fees for the permits provided for in this article shall be
as provided by resolution of the City Council.  Such fees must
be paid at the time the application is filed, and the application
shall not be considered complete until such fee is paid.

## Sec. 27.170  Provisions for Special Events Not Covered by Chapter; Authority of City Manager to Close Parks and Buildings, Remove Persons Therefrom, etc.

The City Manager shall provide for special events and circum-
stances not covered by this chapter.  In so doing, the City Manager
shall act to secure the public peace and welfare and to further the
maximum use of the parks and buildings for the comfort and convenience
of all.  The City Manager may close any park, building or portion
thereof, and remove all persons therefrom when in his judgment such

13

closing will best preserve the public peace, prevent damage to public property, or quell riots, mobs or violence. The City Manager may also cause to be removed any and all persons whose presence on the premises is disruptive to the normal and safe use and enjoyment of the premises.

Sec. 27.180  Promulgation of Regulations.

The Director shall have the authority to promulgate regulations to effectuate this article.

Sec. 27.190  Schedule for Uses and Capacity of Parks.

The Director shall promulgate a schedule which shows uses and capacities of each park. Such schedule shall be adopted by and may be amended by resolution of the City Council.

Sec. 27.200  Chapter 9.36 of the Sacramento County Code Adopted By Reference.

The provisions of Chapter 9.36 of the Sacramento County Code relating to County park facilities are hereby adopted by reference, and shall apply within the City to the extent that they are not inconsistent with this chapter.

PASSED FOR PUBLICATION:

ENACTED:

EFFECTIVE:

_____
MAYOR

ATTEST:

_____
CITY CLERK

14

Section 27.1 (Created.) - Changed to read: "The operation, management and
control of parks, park buildings, recreational facilties and programs,
and the City of Sacramento's participation in the operations and pro-
grams of the Crocker Art Museum, the Sacramento Metropolitan Arts
Commission, and the Sacramento Museum and History Commission shall
continue to be the responsibility of the Department of Community
Services."

Sections 27.2 and 27.3 (Director of Recreation and Parks -- Office cre-
ated; appointment; Duties generally; Subject to control of manager.)
- Combine sections into Section 27.2.

Section 27.10 (Purpose of Chapter.) - Deleted.

Section 27.20 (Compliance with Chapter Required.) and
Section 27.40 (Penalty for violation of Chapter; Enforcement of rules and
regulations.) - Combined into Section 27.20 and added: "The provisions
of this article and rules and regulations promulgated hereunder shall
be enforced by the employees of the Department of Community Services,
City Park Service Officers and City Police Officers."

Section 27.30 (Definitions.) - Renumbered Section 27.10 and changed to read:

  (b) Amplified music:  Deleted.
  (c) Amplified sound:  Relettered (b); changed to read: "...shall mean
      speech, music or other sound projected or transmitted by electron-
      ic equipment including amplifiers, loud speakers, microphones, or
      similar devices or combinations of devices which are powered by
      electricity, battery or combustible fuel and which are intended
      to increase the volume, range, distance or intensity of speech,
      music or other sound."
NEW (c) Business activity: "means any activity other than commericial
      activity (as defined in subsection (i) of this section) engaged
      in or carried on by a business entity primarily to aid or facil-
      itate the earning of a profit."
  (d) Building:  Relettered (e).
NEW (d) Business entity: "Business entity means any organization or en-
      terprise operated for profit, including, but not limited to, a
      proprietorship, partnership, firm, corporation or association."
  (e) Camping:  Relettered (f).
  (f) Children's playground area:  Relettered (g) and changed to
      read:  "shall mean and include park areas which are specifically
      designed and include equipment and structures for use by children."
  (g) City Manager:  Relettered (h).
  (h) Clubhouse:  Deleted.
  (i) Commericial Activity:  changed to read: "means the selling, of-
      fering for sale, or solicitation for future delivery or perform-
      ance of any goods, wares, merchandise or services of any kind,
      including, but not limited to, food and beverages, in any park
      or building, but shall not include magazines, books, newspapers,
      periodicals or pamphlets."
NEW (j) Co-Sponsored: "shall mean activities that provide specific or-
      ganized recreation/community services for participants and for
      which the Department of Community Services shares the responsi-
      bility for the activity with other community agencies and/or
      organizations or individuals."

NEW (k) Decible or dB:  "means a unit which denotes the ratio between two quantities which are proportional to power; the number of decibles corresponding to the ratio of two amounts of power is ten (10) times the logarithm to the base of ten (10) of this ratio."

(j) Designated Area:  Relettered (1) and changed to read: "Designated Area or Building."

(k) Director:  Relettered (m).

NEW (n) Fund raising:  "means and includes the act of making a request, directly or indirectly, for money, credit, property, financial assistance or other things of value on the plea or representation that such money, credit, property, financial assistance or other thing of value will be used for charitable purposes (as the term "charitable purposes" is defined in Section 10.31 of the Sacramento City Code) or for any purpose other than that of pecuniary profit."

NEW (o) Noise level:  "means the 'A' weighed sound pressure level in decibles obtained by using a sound level meter at slow response with a reference pressure of twenty (20) micropascals. The unit of measurement shall be designated as dBA."

NEW (p) Nonprofit organization:  "shall mean any group or persons associated for religious, scientific, literary, educational, recreational, benevolent or other purpose not of pecuniary profit."

(1) Parks:  Relettered (q) and changed to read: "shall include all parks, parkways, plazas, greenbelts, gardens, lakes, and any other property owned by the City of Sacramento including structures thereon and used, operated, or maintained for recreational purposes whether passive or active. The term "park" shall also include all off street vehicular parking areas adjacent to the above-described areas which are used or intended to be used in connection therewith. The term "owned" shall include any property interest under which the city department of recreation and parks operates, maintains or controls said property. The term shall also include any property owned and maintained as open space, including undeveloped sites for future parks."

(m) Permit:  Deleted.

(n) Person:  Relettered (r).

(o) Picnicking:  Relettered (s).

NEW (t) Residential property:  "means a parcel of real property which is developed and used either in part or in whole for residential purposes other than transient uses such as hotels and motels, and other than non-conforming residential uses within C-4, M-1, M-2 M-1-S, and M-2-S zones."

NEW (u) Sponsored:  "shall mean activities organized by the Department of Community Services and over which the Department retains total responsibility."

(p) Trash:  Relettered (v).

(q) Vehicle:  Relettered (w).

Section 27.50  (General Park and Building Use Regulations)

No person shall:

(a) - (m) Relettered (h) - (t).

NEW (a) "conduct or carry on an assembly of more than fifty (50) people in a park, which assembly is intended or can reasonably be expected to last more than thirty (30) minutes or which does in fact last more than thirty (30) minutes, unless a park use permit has been first issued thereof."

NEW (b) "conduct or carry on any organized activity in the park facilities designated as McKinley Park Rose Garden, William Carroll Memorial Amphitheatre, Callahan Memorial Band Shell, or Land Park Village Green, unless a park use permit has first been issued therefor."

(n) Relettered (u) and changed to read: "open, expose, or interfere with any water system or utility, provided that this prohibition shall not apply to the use of any drinking fountain for its intended purposes."

(o) Relettered (d) and changed to read: "engage in any commercial activity in any park, except a non profit organization pursuant to a fund raising permit therefore or pursuant to a lease or concession contract issued under Chapter 12 of the City Code."

(p) Relettered (e) and changed to read: "engage in any fund raising activity in any park, except pursuant to a permit issued therefor; provided, however, that funds may be raised without first securing a permit for organizational dues or to defray the cost of the activity by a non-profit organization or in connection with a City sponsored or co-sponsored activity."

NEW (f) "engage in any business activity in any park."

(q) - (1) Deleted.

(q)-(2) Relettered (v)(1) and changed to read: "operating gasoline or other fuel powered vehicles (except golf carts where authorized) in any park, except upon streets, parking lots or other areas designated for such use, unless expressly permitted in writing by the Director. This subsection shall not apply to City employees on official business."

(q)-(3) Relettered (v)(2) and changed to read: "operating or parking any vehicle as defined in the California Vehicle Code within a park, except upon areas designated for such use, unless expressly permitted in writing by the Director. This subsection shall not apply to City employees on official business."

(q) - (4) Deleted.

(r) Relettered (y) and changed to read: "do the following acts in Garcia Bend Park, Miller Park, or the Sacramento Boat Harbor:

(1) Same.
(2) Renumbered (3).
NEW (2) "park any vehicle or trailer in a boat launch area other than while putting a boat in or taking a boat out of the water."
(3) Deleted.

(s) Relettered (w).

NEW (x) "the playing of softball or baseball by any male person fifteen (15) years of age or older on any softball or baseball field where signs are posted which prohibit such play by such person."

(t) - (w) Deleted (pertained to clubhouse restrictions).

(x) Relettered (g) and changed to read: "interfere with the use of any park or portion thereof which at the time is reserved by permit for the exclusive use of any other person or group."

Section 27.50-1(Remaining or Loitering in Parks During Certain Hours Prohibited.) Renumbered Section 27.70.

NEW Section 27.80 (Park Areas for Non-exclusive Use). "Any person may, upon notifying the department and payment of a charge established by resolution of the City Council, request the department to schedule use on

the date and time and for the duration specified by such person. If it is reasonably possible to do so, the Director shall arrange for irrigation and other park maintenance and provide additional trash containers to accommodate the use. Nothing in this section shall be deemed to:

(a) authorize exclusive use by the person requesting such service of the department; or,

(b) require any person to apply for a park use permit unless required by some other provision of this chapter."

Section 27.51 (Regulation of Consumption of Alcoholic Beverages.) - renumbered Section 27.60 and changed to read in part: "No person shall drink any alcoholic beverage in any park or portion thereof where such signs are in place prohibiting such act."

Section 27.60 (Clubhouse Facility Use Permits.) - Renumbered Section 27.40 (a-b) and changed to read:

"(a) Purpose and exclusive use. The City's designated buildings may be made available for the exclusive use of persons or groups subject to the issuance of a permit by the Director and subject to the payment of fees, where applicable. Designated buildings and portions thereof may be reserved for neighborhood parties, athletic events, social clubs, dancing parties, entertainment, dramatics, civic meetings and community gatherings.

"(b) Designation of buildings. The Director shall designate buildings or portions thereof for which an application may be made for building use permits. Such designation shall include the times such buildings shall be open and shall be maintained in the office of the Department of Community Services."

(a) Reservation rules: Renumbered Section 27.120.
(b) Renumbered Section 27.120 and changed to read:

(1) "the name, address and telephone number of the applicant;

(2) the name, address, and telephone number of the person, group, organization, or corporation sponsoring the activity;

(3) dates and hours of the activity;

(4) estimated attendance;

(5) assurance of responsibility of cleaning entire area;

(6) description of the proposed activity including a description of equipment to be used in connection therewith and the use to be made of such equipment;

(7) the building or park or portion thereof for which application is made;

(8) the name, address and telephone number of each monitor
the applicant will provide, if any; and,

(9) any other information which the Director determines to be
reasonably necessary to insure the activity will not result in
injury to persons or property or involve violations of law."

(c) Renumbered Section 27.40(c).
(d) - (g) Deleted - pertaining to clubhouse rules.
(h) Renumbered 27.30(e) and changed to read:  "smoke in any building
or portion thereof where signs are in place prohibiting smoking.
The Director shall have the authority to designate buildings or
portions thereof where smoking is prohibited."
(i) Deleted.

NEW  Section 27.30 (a - d):  "No person shall:

(a) engage in any commerical activity in any building, ex-
cept a nonprofit organization, pursuant to a fund raising permit
issued therefor;

(b) engage in any fund raising activity in any building, ex-
cept pursuant to a permit issued therefor; provided, however, that
funds may be raised without first securing a permit for organiza-
tional dues or to defray the costs of the activity by a nonprofit
organization or in connection with a City sponsored or co-sponsored
activity;

(c) engage in any business activity in any building;

(d) use, attempt to use or interfere with the use of any build-
ing or portion thereof which at the time is reserved by permit for
the exclusive use of any other person or group; or..."

NEW  Section 27.90 (Amplified Sound.):

(a) "The park areas available for the use of amplified sound
shall be set forth by resolution pursuant to Section 27.190.

(b) In addition to the provisions of Section 27.50, the use
of amplified sound in any park, public street or parking area with-
in any park, shall be subject to the following regulations:

(1) No amplified sound shall be used except music or human
speech, or both;

(2) No person shall use amplified sound except between
sunrise and sunset, except at lighted facilities as set forth by
resolution pursuant to Section 27.190;

(3) No person shall use amplified sound exceeding a noise
level of 86 dBA at a distance of twenty-five (25) feet from a noise
source or sources, or exceed a noise level of 55 dBA on any residen-
tial property;

(4) The provisions of subdivisions (b)(2) and (b)(3) of this section shall not apply to:

(A) broadcasts from any vehicle to which the provisions of Section 25.20 through 25.29 of this Code are applicable;

(B) use of any radio, tape player, tape recorder, record player, or television to which the provisions of Section 66.302(m) of this Code are applicable;

(C) to the use of any amplified sound by any peace officer or employee of the City while engaged in the performance of his or her duties."

NEW  Section 27.100 (Fund Raising Permit.)

(a) "In addition to any other permit required by this chapter, any nonprofit organization desiring to raise funds in any park or building shall first obtain a fund raising permit, provided, however, that no permit shall be required for a religious organization to raise funds for a religious purpose or for sponsored/co-sponsored activities. Such application shall be filed at least ten (10) business days prior to the activity.

(b) Application for a fund raising permit shall be made to the Director stating:

(1) the name, address and telephone number of the non-profit organization which is the applicant;

(2) the dates and hours of the activity; and

(3) estimated attendance

NEW  Section 27.110 (Action on Application, Grounds for Denial, Procedure.)

"The Director shall issue the permit within eight (8) business days of the filing of the application, unless he finds on the basis of the information provided in the application or from his independent investigation that:

(a) the application is not complete or timely;

(b) the park, building or portion thereof is not available because of prior reservation, prior contract, or City sponsored or co-sponsored event, or will not accommodate the activity because of the number of persons expected to attend."

Section 27.70 (General Facility Use Permits.) - Deleted.

Section 27.80 (Facility Use Regulations.) - Renumbered Section 27.120 as described in Section 27.60(b) above.

-7-

Section 27.90 (Outdoor Assembly Permit - generally.) - Deleted.

Section 27.100 (Outdoor Assembly Permit, application.) - Renumbered Section 27.50(c) and changed to read:

(c) "use any amplified sound without first obtaining an amplified sound permit. This prohibition shall not apply to the use of any radio, tape player, tape recorder, record player or television in compliance with Section 66.302(m) of the City Code or to broadcasts from any vehicle to which the provisions of Section 25.20 through 25.29 of the City Code are applicable;"

(a) - (b) Renumbered Section 27.120 as described in Section 27.60 above.

(c)(1)   Renumbered Section 27.90(b)(3) and changed to read:

(3) "No person shall use amplified sound exceeding a noise level of 86 dBA at a distance of twenty-five (25) feet from a noise source or sources, or exceed a noise level of 55 dBA on any residential property;"

(c)(2)   Renumbered Section 27.90(b)(2) and changed to read:

(2) "No person shall use amplified sound except between sunrise and sunset, except at lighted facilities as set forth by resolution pursuant to Section 27.190;"

Section 27.110 (Permits generally -- Waiver of 10-day period.) - Renumbered Section 27.130 and changed to read:

"The Director shall waive the period for permit applications when the activity is spontaneous or organized on short notice in response to an event of obvious importance such as local grievances or important national events, and the full period for permit application would deprive the activity of immediate response to such an event. The Director may waive the period where circumstances make it impractical or unnecessary."

Section 27.120 (Permits - action on application.) - Renumbered to Section 27.140 and changed to read:

(a) "Applications for building use, park use and amplified sound permits shall be acted upon by the Director within a reasonable time under the circumstances, but in no event less than eight (8) business days before the date for which the permit is sought.

(b) The Director shall issue the permit unless he finds:

(1) the building, park, or portion thereof applied for is not available because of prior reservation or City sponsored or co-sponsored event or will not accommodate the activity of the applicant because of the number of persons expected to attend;

(2) that the proposed activity is of a size, nature, or duration that requires the diversion of so great a number of police officers of the City to properly police the areas, as to hinder the police protection to the City;

(3) that the applicant failed to file timely application.

(4) that the proposed activity would violate federal, state, or local laws or regulations.

(5) applicant fails to agree in writing to clean, repair and restore the building or park or portion thereof to its condition immediately prior to the activity for which the permit is sought.

(6) applicant fails to agree in writing to provide monitors at the ratio of one for every fifty persons expected to attend. Such monitors shall be responsible adults and shall be in attendance for the duration of the event or activity for which the permit is issued.

(7) the organizers of the event, or agents or persons acting in concert with the organizers, have specific intent, manifested by specific plans, to engage in or provoke violence;

(8) that in the case of park use permits or amplified sound permits, the applicant fails to agree in writing to provide chemical toilet facilities for any event where the estimated attendance exceeds 1,000 persons or, in parks which do not have toilet facilities, chemical toilets for any event where the estimated attendance exceeds 50 persons. Such facilities shall be provided at the ratio of one for each additional 400 persons or fraction thereof. This requirement shall apply only if the Director specifically requires chemical toilet facilities for the application.

(c) Where the Director finds, from the application and his initial investigation thereof, that one or more of the conditions exist justifying denial, he shall notify the applicant thereof in writing of his intent to deny the permit. The notice shall specify the grounds for the denial. The applicant may request in writing that a hearing be held before the Director on the matter. Such notice shall be filed with the Director within two (2) business days of the Director's notice specified above and the hearing

shall be held not more than two (2) business days thereafter. The Director, within one (1) business day of the hearing, shall render his decision to the applicant. Said decision shall be in writing and shall specify the grounds therefor. If no request is made by the applicant for a hearing before the Director as provided herein, the notice of intent to deny the permit shall operate as a denial.

(d) Any decision of the Director may be appealed by the applicant to the City Manager pursuant to Section 27.150."

Section 27.130 (Permits - Right of appeal of applicant.) - Renumbered Section 27.150 and changed to read:

"An applicant may appeal the decision of the Director on any permit provided for in this article to the City Manager. The applicant must file such appeal with the City Manager within two (2) business days of the Director's decision. The City Manager or his designeee shall hold a hearing within two (2) business days of the filing of such appeal, at which time applicant may present any evidence relevant to the application. The City Manager shall within two two (2) business days of such hearing issue his decision either affirming the denial of the application, or directing the Director to issue a permit. The decision of the City Manager shall be in writing, shall specify the grounds therefor, and shall be final."

NEW Section 27.160 (Fees.)

"Fees for the permits provided for in this article shall be as provided by resolution of the City Council. Such fees must be paid at the time the application is filed, and the application shall not be considered complete until such fee is paid."

Section 27.140 (Provisions for Special Events not Covered by Chapter; Authority of City Manager to Close Park and Buildings, Remove Persons Thereform, etc.) - Renumbered Section 27.170.

Section 27.150 (Authority of director to establish and post regulations.) - Renumbered Section 27.180 and changed to read:

"The Director shall have the authority to promulgate regulations to effectuate this article."

NEW Section 27.190 (Schedule for Uses and Capacity of Parks.)

"The Director shall promulgate a schedule which shows uses and capacities of each park. Such schedule shall be adopted by and may be amended by resolution of the City Council."

Section 27.160 (Chapter 9.36 of Sacramento County Code Adopted by Reference.) Renumbered Section 27.200 and changed to read:

"The provisions of Chapter 9.36 of the Sacramento County Code relating to County park facilities are hereby adopted by reference, and shall apply within the City to the extent that they are not inconsistent with this chapter."

The park capacity matrix is deleted from the ordinance and will be adopted by City Council resolution.

EXHIBIT C

EXISTING ORDINANCE

SACRAMENTO CITY CODE CHAPTER 27

ARTICLES I-II

PARKS AND RECREATION

## CHAPTER 27

## PARKS AND RECREATION

### Article I.   Department of Recreation and Parks

| Section | | Page |
|---|---|---|
| § 27.1 | Created........................................ | 2 |
| § 27.2 | Director of recreation and parks--Office | |
| | created; appointment...................... | 2 |
| § 27.3 | Same--Duties generally; subject to control | |
| | of city manager........................... | 2 |

### Article II.   Park and Recreation Facility Use and Regulations

| | | |
|---|---|---|
| § 27.10 | Purpose of chapter......................... | 2 |
| § 27.20 | Compliance with chapter required........... | 2 |
| § 27.30 | Definitions................................ | 3 |
| § 27.40 | Penalty for violation of chapter; enforce- | |
| | ment of rules and regulations............. | 4 |
| § 27.50 | General  park and building use regulations... | 4 |
| § 27.50-1 | Remaining or loitering in parks during | |
| | certain hours prohibited.................. | 7** |
| § 27.51 | Regulation of consumption of alcoholic | |
| | beverages................................. | 7 |
| § 27.60 | Clubhouse facility use permits............. | 8 |
| § 27.70 | General facility use permits............... | 9 |
| § 27.80 | Facility use regulations................... | 9 |
| § 27.90 | Outdoor assembly permit--Generally......... | 9 |
| § 27.100 | Same--Application; special regulations | |
| | applicable to outdoor assemblies.......... | 10 |
| § 27.110 | Permits generally--Waiver of ten day period.. | 10 |
| § 27.120 | Same--Action on application................ | 10 |
| § 27.130 | Same--Right of appeal of applicant......... | 12 |
| § 27.140 | Provisions for special events not covered by | |
| | chapter; authority of city manager to close | |
| | park, remove persons therefrom, etc........ | 12 |
| § 27.150 | Authority of director to establish and post | |
| | regulations............................... | 12 |
| § 27.160 | Chapter 9.36 of Sacramento County Code adopted | |
| | by reference.............................. | 13 |

### Article III.   Sacramento Boat Harbor*

| | | |
|---|---|---|
| § 27.301 | Definitions................................ | 16 |
| § 27.302 | Authority of director...................... | 16 |
| § 27.303 | Registration of vessels.................... | 17 |
| § 27.304 | Berth license applications................. | 17 |
| § 27.305 | Issuance of berth license; waiting list | |
| | therefor.................................. | 18 |
| § 27.306 | Revocation of berth license................ | 18 |
| § 27.307 | Berth license fees......................... | 18 |

SACRAMENTO CITY CODE

| Section | | Page |
|---------|---|------|
| § 27.308 | Delinquent payments........................... | 18 |
| § 27.309 | Access to berthing facilities................ | 18 |
| § 27.310 | Maintenance of vessels....................... | 18 |
| § 27.311 | Commercial maintenance on vessels withing | |
| | the harbor................................. | 19 |
| § 27.312 | Berthing of unseaworthy vessels.............. | 20 |
| § 27.313 | Vessels sinking within the harbor............ | 20 |
| § 27.314 | Accident reports............................. | 20 |
| § 27.315 | Vessel traffic; speed limit.................. | 20 |
| § 27.316 | Children in harbor........................... | 21 |
| § 27.317 | Animals in harbor............................ | 21* |
| § 27.318 | Refuse....................................... | 21 |
| § 27.319 | Sanitary facilities.......................... | 21 |
| § 27.320 | Living on board.............................. | 22 |
| § 27.321 | Open flame devices........................... | 22 |
| § 27.322 | Tampering with or boarding vessels........... | 22 |
| § 27.323 | Liability for damage and/or loss of property. | 22 |
| § 27.324 | Advertising and soliciting................... | 22 |

Article IV.   Speed Limits on American River**

| § 27.350 | Definitions.................................. | 23 |
| § 27.351 | Speed limit--American River.................. | 23 |
| § 27.352 | Exempted areas............................... | 23 |
| § 27.353 | Peace officers exempted...................... | 23 |
| § 27.354 | Authorization to enforce..................... | 23 |

*Eff. 7-27-78 (16)
**Eff. 7-5-79 (18)

### CHAPTER 27

### PARKS AND RECREATION

### Article I.  Department of Recreation and Parks

Sec. 27.1  Created.

The operation, management and control of the recreation and park departments are hereby consolidated and merged for all purposes into one department to be known as the department of recreation and parks.  (Ord. No. 3058, § 2)

Sec. 27.2  Director of recreation and parks--Office created; appointment.

There is hereby created the position of director of recreation and parks.  The director shall be appointed by the city manager.  (Ord. No. 3058, § 2)

Sec. 27.3  Same--Duties generally; subject to control of city manager.

The director of recreation and parks shall exercise supervision and control over all the work, operating services and activities of the department of recreation and parks; and, further, he shall coordinate the work of the divisions thereof into one efficient and economical operation.  The director shall be in all things subject to the supervision and control of the city manager.  (Ord. No. 3058, § 2)

### Article II.  Park and Recreation Facility Use and Regulations

Sec. 27.10 Purpose of chapter.

The purpose of this chapter is to promote the safety, comfort, and convenience of the public's use and enjoyment of any park, parkway, plaza, square, playground, golf course, or recreation center and the use and enjoyment of any building, structure, equipment, or apparatus thereon.  (Ord. No. 3058, § 2)

Sec. 27.20 Compliance with chapter required.

It shall be unlawful for any person to enter, be or remain in any park or building unless he complies with all the regulations set forth in this chapter applicable to such park or building.  (Ord. No. 3058, § 2)

Sec. 27.30 Definitions.

The following words and phrases, whenever used in this chapter, shall be construed as defined in this section:

(a) Alcoholic beverages: The term "alcoholic beverages" means alcohol, spirits, liquor, beer, wine or other liquid which contains one-half of one percent or more of alcohol by volume.

(b) Amplified music: The term "amplified music" means music, projected and transmitted by electronic equipment including amplifiers, the total output of which amplifiers, including the sum of the wattage output of each channel exceeds twenty-five watts.

(c) Amplified sound: The term "amplified sound" means speech or sound projected and transmitted by electronic equipment including amplifiers, the total output of which amplifiers, including the sum of the wattage output of each channel exceeds twenty-five watts.

(d) Buildings: The term "buildings" includes those buildings, or any portion thereof, under the supervision of the department of recreation and parks.

(e) Camping: The term "camping" means the occupation of any campers, trailers, or other vehicles equipped for human habitation, or the erection of any tent or other shelter; or the arrangement of sleeping bags or bedding for the purpose of, or which will permit, remaining overnight.

(f) Children's playground area: The term "children's playground area" shall include areas containing playground apparatus, tot lots, and wading pools.

(g) City manager: The term "city manager" shall mean the city manager, acting city manager or his designee.

(h) Clubhouse: The term "clubhouse" shall mean those structures designated as the Clunie, Oak Park, Hagginwood, or Woodlake Clubhouses.

(i) Commercial activity: The term "commercial activity" means the selling, offering for sales, advertising for sales, or solicitation for future delivery or performance of any goods, wares, merchandise or services including magazines, newspapers, pamphlets, periodicals, food, or beverages in any recreation area.

27-3

(j)  Designated area:  The term "designated area" means an area specifically designed and equipped for specific uses.

(k)  Director:  The term "director" means the department head of the department of recreation and parks or his designee.

(l)  Parks:  The term "parks" shall include all parks, parkways, plazas, greenbelts, gardens, lakes, and any other property owned by the City of Sacramento including structures thereon and used, operated, or maintained for recreational purposes whether passive or active.  The term "owned" shall include any property interest under which the city department of recreation and parks operates, maintains or controls said property.  The term shall also include any property owned and maintained as open space, including undeveloped sites for future parks.

(m)  Permit:  The term "permit" means a permit for exclusive use of parks, specific areas within parks, or buildings, as provided for and defined in this chapter.  A permit shall be in the form of a written authorization to make use of any park, building, or portion and include any condition set forth therein.

(n)  Person:  The term "person" shall include persons, associations, partnerships, firms and corporations.

(o)  Picnicking:  The term "picnicking" means the consumption of food and beverage.

(p)  Trash:  The term "trash" means garbage, refuse, litter, paper, vegetable matter and rubbish.

(q)  Vehicle:  The term "vehicle" shall include gasoline, electric or other fuel powered devices by which any person or object may be propelled, moved, or drawn, including go carts, minibikes, model boats and model airplanes.  (Ord. No. 3058, § 2)

Sec. 27.40  Penalty for violation of chapter; enforcement of rules and regulations.

Violations of the provisions of this chapter shall be subject to the provision of section 1.7 of this Code.  The rules and regulations shall be enforced by employees of the department of recreation and parks and city police officers.  (Ord. No. 3058, § 2)

Sec. 27.50  General park and building use regulations.

The following acts or activities are prohibited:

(a)   Persons in children's playground areas riding bicy-cles, smoking, drinking alcoholic beverages or picnicking.

(b)   Any person eighteen years or older remaining in or entering a children's playground area unless actually engaged in the care, custody or supervision of a person younger than eighteen years of age who is using the facilities of the area.

(c)   Bringing any domesticated animal or pet into the zoo, fairytale town, swimming pool, golf course, commercial amuse-ment area or children's playground area.  In other park areas domesticated animals or pets are prohibited unless they are leashed.

(d)   Use of any system for amplifying music or sound with-out an outdoor assembly permit.

(e)   Discharging or shooting any firearm or bow and arrow in any park, except in designated areas.  Slingshots, airguns, firecrackers, and other devices potentially harmful to park visitors are prohibited in all parks.

(f)   Playing or practicing golf in any area not designated for such use.

(g)   Swimming or wading except in supervised pools.

(h)   Horseback riding except on designated bridle paths.

(i)   Killing, chasing, wounding, harassing, or capturing any wild or domestic bird or animal in a park.

(j)   Removing, breaking, injuring, defacing, or disturbing any plant material, structure or improvement.

(k)   Contaminating in any way any water, fountains, pools, lakes, rivers, other water supply, or washing any clothing or cooking utensils in any such waters.

(l)   Disposing of trash or garbage not accumulated within park areas; disposing of trash or garbage accumulated within park areas in other than receptacles provided for this purpose.

(m)   Fires in parks unless fires are prepared in "on-site" barbecue pits or personal portable barbecues within designated picnic areas.  Not extinguishing live coals or fires before leaving the picnic area.

(n)   Opening, exposing, or interfering with any water sys-tem or utility.

(o) Engaging in commercial activity except pursuant to specific concession or permit therefore.

(p) Using any park facility for fund raising activities of any kind without a permit from the director.

(q) Vehicle and other motorized objects:

(1) Vehicles using amplified sound equipment while traveling through parks.

(2) Operation of gasoline or other fuel powered vehicles (excepting golf carts where authorized and city operated lawn mowers) in any park, except upon areas designated for such use.

(3) Persons, other than city employees on official business, operating or parking any vehicle as defined in the California Vehicle Code within a park, except upon macadamized or paved areas designated for such use.

(4) Driving commercial vehicles through parks except for permitted deliveries within the areas.

(r) Additional prohibited acts in Miller Park:

(1) Parking outside the areas designated or double parking at any time.

(2) Trailer parking in boat launch area in any section posted "NO TRAILER PARKING."

(3) Persons other than boat owners, their guests, and authorized personnel entering or remaining in the harbor dock areas.

(s) Camping in any park or park facility without a general facility use permit.

(t) Persons using clubhouse facilities making collections, charging admission, selling tickets or refreshments, soliciting funds or raising money for individual or group benefit.

(u) Persons using decorations within or on the outside of buildings made of inflammable materials unless they have been previously fireproofed.

(v) Placing thumbtacks or nails in any clubhouse woodwork.

or any other way interferes with the use and enjoyment of
the park by other persons and that such activity is likely to
continue unless the consumption of alcoholic beverages is pro-
hibited in certain areas within such a park, then the chief of
police is hereby authorized to designate such an area as one in
which the consumption of alcoholic beverages is prohibited and
in so acting shall post or cause to be posted such sign or
signs as may be necessary to provide reasonable notice thereof.
It shall be unlawful for any person to drink beer, wine or any
intoxicating liquor in any place so designated.   (Ord. 3527, §2)

Sec. 27.60  Clubhouse facility use permits.

Purpose and exclusive use:  The purpose of a community club-
house facilities use permit is for the use and enjoyment of the
general public, and to reserve the desired facilities for a
certain period of time.  The city's clubhouse facilities may be
made available for the exclusive use of persons and groups sub-
ject to the issuance of a permit by the director and subject to
payment of fees.  The facilities, which include clubhouses,
their auditoriums, and meeting rooms, may be reserved for
neighborhood parties, athletic events, social clubs, dancing
parties, entertainment, musicals, dramatics, civic meetings and
other community gatherings.

Reservation rules:

       (a)  A person applying for a clubhouse facility use permit
shall file an application for such permit with the director of
recreation and parks not less than ten days prior to the pro-
puse use of the facility.

(w)  Possessing or using alcoholic beverages in any club-house.

(x)  Any person within any park using or attempting to use or interfere with the use of any table, space or facility with-in such park which at the time is reserved for any other person or group by a permit from the director. (Ord. 3058, §2)

Sec. 27.50-1.  Remaining or loitering in parks during certain hours prohibited.

(a)  No person shall remain or loiter in any public park:

  (1)  between the hours of 12:00 o'clock midnight Friday or Saturady and 5:00 o'clock a.m. of the following day; and,

  (2)  between the hours of 11:00 o'clock p.m. Sunday through Thursday and 5:00 o'clock a.m. of the following day.

(b)  The prohibitions contained in subdivisions (a)(1) and (a)(2) of this section shall not apply:

  (1)  to any person on an emergency errand;

  (2)  to any person attending a meeting, entertainment event, recreational activity, dance or similar activity in such park provided such activity is sponsored or co-sponsored by the Department of Community Services or a permit therefore has been issued by the Department of Community Services.

  (3)  to any person exiting such park immediately after the conclusion of any activity set forth in subdivision (b) (2) above;

  (4)  to any peace officer or employee of the City while engaged in the performance of his or her duties.
(Ord. 4271, §1)*

Sec. 27.51  Regulation of consumption of alcoholic beverages.

In addition to the restriction imposed by subsections (a) and (w) of section 27.50, consumption of alcoholic beverages may be prohibited as follows:

When the chief of police determines that the consumption of alcoholic beverages in parks as defined in subsection (1) of section 27.30 has frequently resulted in disturbing or unnecesary noise, physical altercations, throwing of bottles or cans, or other activity which jeopardizes the safety of other persons

Case 2:11-cv-02873-MCE-GGH Document 14 Filed 11/02/11 Page 40 of 51

(b)   The application must include the:

(1)   Identification of the applicant, address and telephone number.

(2)   Dates and hours of event.

(3)   Estimated attendance.

(4)   Assurance of responsibility of cleaning entire area.

(5)   Identification, address and telephone number(s) of the security personnel applicant will provide.

(c)   Reservations may be made as far in advance as desired during the current year upon payment of the service fee. However, no group or individual will be permitted to reserve in advance for more than one date.

(d)   No reservations will be accepted for clubhouses on Sundays or the following holidays: New Year's Eve, New Year's Day, Washington's Birthday, Memorial Day, Fourth of July, Labor Day, Admission Day, Veteran's Day, Thanksgiving, Christmas Eve, Christmas Day, Primary Election, General Election and Municipal Elections.

(e)   All application blanks for youth groups must be signed by an adult, and the sponsor must assume responsibility for any damage to the buildings, equipment or facilities, and the deportment of the group while they are at the clubhouse. Minors are to be under the supervision of a responsible adult at all times during the use of the building.

(f)   Extra chairs, tables and other equipment are available in limited quantities. Arrangement for their use must be made at the office of the department of recreation and parks at the time the reservation is made. No public address systems are available for use in clubhouses.

(g)   A service fee will be charged for the use of all clubhouse facilities. All reservations must be paid five days in advance. No reservation will be considered as complete until the payment of the fee and no refunds of service fees will be made.

(h)   Smoking is limited to certain areas and rooms in the various clubhouses. Groups and individuals will be advised by the custodians where smoking is permitted. Ash trays must be used.

(i)  Groups serving food are responsible for leaving the facility completely clean.  Custodians will supply containers for the disposal of waste materials.  (Ord. No. 3058, § 2)

Sec. 27.70  General facility use permits.

Purpose:  The purpose of general facility use permits is to reserve the desired facilities for a certain period of time. (Ord. No. 3058, § 2)

Sec. 27.80  Facility use regulations.

The city's park facilities may be made available for the exclusive use of persons and groups subject to the issuance of a permit by the director and subject to payment of fees (if any).

Reservation rules:

(a)  A person applying for a general facility permit shall file an application for such permit with the director of recreation and parks not less than ten days prior to the proposed use of such facility.

(b)  The application must include the:

(1)  Identification of the applicant, address and telephone number.

(2)  Dates and hours of event.

(3)  Estimated attendance.

(4)  Assurance of responsibility of cleaning entire area.

(5)  Identification, address and telephone number(s) of the security personnel applicant will provide.

(c)  EXCEPTION:  Baseball and softball facilities may be reserved during the week of the proposed use under procedures adopted by the director.  (Ord. No. 3058, § 2)

Sec. 27.90  Outdoor assembly permit--Generally.

Purpose:  The purpose of the outdoor assembly permit is to regulate the use of the park areas of the city in order that all persons may enjoy and make use of such parks and to protect the rights and property of those in surrounding areas.  (Ord. No. 3058, § 2)

Sec. 27.100 Same--Application; special regulations applicable to outdoor assemblies.

The use of amplified music or sound, without an outdoor assembly permit is prohibited.

(a) A person applying for an outdoor assembly permit shall file an application for such permit with the director of recreation and parks not less than ten days prior to the proposed use of the park.

(b) The application must include the:

(1) Identification of the applicant, address and telephone number.

(2) Dates and hours of event.

(3) Estimated attendance.

(4) Assurance of responsibility of cleaning entire area.

(5) Identification, address and telephone number(s) of the security personnel applicant will provide.

(c) Special regulations applicable to outdoor assemblies are:

(1) The amplified sound or music must not interfere with the reasonable enjoyment by the public adjacent areas or of private citizens within adjacent private property.

(2) The event must be conducted only during daylight hours. (Ord. No. 3058, § 2)

Sec. 27.110 Permits generally--Waiver of ten day period.

The director may waive the ten day period for permits if the applicant waives his right to appeal. (Ord. No. 3058, § 2)

Sec. 27.120 Same--Action on application.

Applications complying with sections 27.60, 27.80 or 27.100 shall be acted on by the director not later than the fifth day before the proposed use. In the event that more than one application is received for one facility for use on the same day, the director shall first act upon the application first received.

27-10

Case 2:11-cv-02873-MCE-GGH   Document 14   Filed 11/02/11   Page 43 of 51

The director of recreation and parks and city manager shall, in considering requests or appeals from applicants for clubhouse facility use permits, general facility use permits or outdoor assembly permits, insure that the proposed use will not be detrimental to the public peace, morals, health, safety or general welfare by subjecting such permit to reasonable conditions as the public interest requires. In making such a finding, the director of recreation and parks and city manager shall take into consideration the character, experience and responsibility of the applicant and those expected to attend, applicable state and local laws and regulations, and the likelihood of breaches of the peace or other violations of the law. The conditions imposed may include, but are not limited to, the posting of indemnity bonds to reimburse the City of Sacramento and all owners and occupants of property adjoining the park for any and all loss, injury or damages to the city or such owners or occupants or to their property caused by the applicants or persons attending the applicant's activity, which damage would not have occurred had the applicant's activity not been held. Unless the actual use of the table, space, area, or facility referred to in any permit is commenced within one hour after the time indicated for the commencement of the permit, such permit shall thereupon be void.

The applicant, or another responsible person or persons named on the application, shall remain on the premises for which the permit is issued during the entire duration of the permit; failure to observe this condition shall be grounds for the immediate cancellation of the permit by the director.

The director shall deny the application if he finds that any of the following conditions exist:

(a)   That the application reveals that the city has no facility available which will accommodate the activity of the applicant.

(b)   That the proposed activity or use of the park will unreasonably interfere with or detract from the general public enjoyment of the park or facility.

(c)   That the proposed activity is of a size or nature that requires the diversion of so great a number of police officers of the city to properly police the areas, as to hinder police protection to the city.

(d)   That the applicant refuses to agree in writing to comply with all conditions in the permit.

(e)   That the applicant failed to file a timely application.

27-11

(f)   The proposed activity violates federal, state or local laws or regulations.

(g)   Any such denial shall specify the grounds therefore. (Ord. No. 3058, § 2)

Sec. 27.130  Same--Right of appeal of applicant.

An applicant who has not waived his right to appeal may appeal the decision of the director to the city manager.  Applicant must file such appeal with the city manager within five days of the director's decision.  The city manager shall hold a hearing within three days of the filing of such appeal at the office of the city manager, at which time applicant may present any and all evidence, testimony and information relevant to the application.   The city manager shall within twenty-four hours of such appeal hearing issue his decision either affirming the denial of the application or directing the director of recreation and parks to issue a permit as applied for.   The decision of the city manager shall specify the grounds for his action and shall be final.   (Ord. No. 3058, § 2)

Sec. 27.140   Provisions for special events not covered by chapter; authority of city manager to close park, remove persons therefrom, etc.

The city manager shall provide for special events and circumstances not covered by this chapter.  In so doing, the city manager shall act to secure the public peace and welfare and to further the maximum use of the parks and recreation centers for the comfort and convenience of all.

The city manager may close any park, building or portion thereof and remove all persons therefrom when in his judgment such closing will best preserve the public peace, prevent damage to public property or quell riots, mobs or violence.  The city manager may also cause to be removed any and all persons whose presence on the premises is disruptive to the normal and safe use and enjoyment of the premises.  (Ord. No. 3058, § 2)

Sec. 27.150  Authority of director to establish and post regulations.

The director may establish and post regulations governing the use of park facilities which are not inconsistent with regulations contained in this chapter and which promote the public health and safety, the preservation of property, and park atmosphere.  (Ord. No. 3058, § 2)

§ 27.160          PARKS AND RECREATION          § 27.160

Sec. 27.160   Chapter 9.36 of Sacramento County Code adopted by
              reference.

The provisions of chapter 9.36 of the Sacramento County Code
relating to county park facilities are hereby adopted by refer-
ence and shall apply within the city. (Ord. No. 3058, § 2)

LEGEND

* indicates undeveloped park or park site.

+ The assembly maximums are a compilation of areas capable of
handling 200 to 1,000 people each. The areas are scattered.

"Assembly" denotes maximum number of persons to occupy the park
under an exclusive use permit where activities of a passive
nature not requiring additional space for activities such as
noted above occur for the entire period of such exclusive use.

"Assembly activity" denotes maximum number of persons to occupy
the park under an exclusive use permit when activities such as
badminton, croquet, volleyball, football throwing, softball,
frisebee play, etc., occur for part of the period of such ex-
clusive use.

    (1)   400 acres in golf course, 5 in Renfree Field, 5 in
developed park and 6.22 in Children's Receiving Home. Approx-
imately 300 acres undeveloped.
    (2)   Night lighted sports field used on team basis only.
However, if area is used for assembly the formula would apply.
    (3)   Approximately 45 acres in flood plain. Facilities
on 8.65 remaing acres take up approximately 4 acres.
    (4)   Golf course-70 acres; zoo-15 acres; lake-3 acres;
amusement zone-1 acre; sports fields-10 acres; other-20 acres.
Equals approximately 120 acres.
    (5)   Senior Citizens building-croquet courts and shuffle-
board courts.
    (6)   Development of 5 of 15 acres.
    (7)   Development of 20 of 50 acres.

Article III.  Sacramento Boat Harbor

Sec. 27.301  Definitions.

The following words and phrases, whenever used in this article, shall have the meaning set forth in this section.

(a) Berth. The term "berth" shall mean a place to tie a vessel as assigned by the director.

(b) Berth license fee. The term "berth license fee" shall mean and include the monthly or daily fee paid by the licensee for the use of the assigned berth.

(c) Float. The term "float" shall mean and include any floating platform normally used for the mooring or securing of vessels.

(d) Director. The term "director" shall mean the department head of the department of recreation and parks, or the director's designated representative.

(e) Licensee. The term "licensee" shall mean the person in whose name a specific berth at the Sacramento Boat Harbor is assigned.

(f) Person. The term "person" shall mean and include an individual; a receiver; a trustee; a co-partnership; joint venturers; a firm; an unincorporated association; a syndicate; a club; a society; a trust; a private corporation; a county, state, or federal agency, board or commission; a school district; a water district; a utility district; a political subdivision; and a drainage, irrigation, levee, reclamation, flood control, or water conservation district, whether acting for itself, or in any representative capacity.

(g) Sacramento Boat Harbor. The term "Sacramento Boat Harbor" shall mean and include the area within the boundaries of Miller Park that is operated by the City of Sacramento as a facility for the berthing of vessels.

(h) Vessel. The term "vessel" shall mean and include every description of watercraft, other than a seaplane on water, that is used or is capable of being used as a means of transportation on water. (Ord. 3830, §1)

Sec. 27.302  Authority of director.

The director shall have the authority to promulgate regulations to effectuate this article. All such regulations shall be approved by resolution of the city council before coming effective. Any

## PARKS AND RECREATION

| NAME OF PARK | Assembly | Assembly activity | Parking spaces on park | Picnic tables | Barbecue braziers | Security lights | Program lights | Rest rooms | Amplified sound permitted | Swimming pool | Clubhouse | Open space acreage | Acreage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALKALI PLAYGROUND | 125 | 0 | 0 | 0 | 0 | 0 | 0 | W | no | 0 | 0 | .50 | .75 |
| (MAX) BAER | 500 | 250 | 0 | 1 | 0 | yes | 0 | W | no | 0 | 0 | 1.00 | 4.05 |
| (EMIL) BAHNFLETH | 3250 | 1625 | 0 | 0 | 0 | 0 | 0 | 0 | no | 0 | 0 | 6.50 | 6.50 |
| (JOHN) BIGLER SITE* | | | | | | | | | | | | N/A | 8.13 |
| CABRILLO | 2500 | 1250 | 0 | 0 | 0 | 0 | 0 | 0 | no | yes | 0 | 5.00 | 5.80 |
| COLONIAL PLAYGROUND | 210 | 105 | 0 | 1 | 0 | 0 | 0 | W | no | 0 | 0 | .42 | 2.17 |
| (WILLIAM) CURTIS | 2000 | 1000 | 0 | 1 | 0 | 0 | 0 | W | no | 0 | 0 | 22.09 | 25.09 |
| DEL PASO (1) & (2) | 1000 | 500 | 30 | 22 | 10 | 0 | 0 | W | no | 0 | 0 | 10.00 | 717.80 |
| DEL PASO HEIGHTS | 500 | 250 | 0 | 0 | 0 | 0 | 0 | W | no | 0 | 0 | 1.00 | 2.46 |
| DIXIEANNE FIELD (2) | 750 | 375 | 0 | 0 | 0 | 0 | A | W | no | 0 | 0 | 1.50 | 1.89 |
| EAST PORTAL | 1000 | 500 | 11 | 2 | 0 | 0 | 0 | W | no | 0 | yes | 7.00 | 9.34 |
| FREEPORT SITE* | | | | | | | | | | | | N/A | 4.08 |
| (JOHN) FREMONT | 1125 | 563 | 0 | 3 | 0 | yes | 0 | W | no | 0 | 0 | 2.25 | 2.50 |
| GARDENLAND | 1500 | 750 | 13 | 6 | 4 | yes | 0 | W | no | 0 | 0 | 3.00 | 6.00 |
| GLENN HALL (3) | 1000 | 500 | 64 | 0 | 0 | 0 | 0 | W | no | yes | 0 | 4.65 | 53.65 |
| GRANT PLAYFIELD (2) | 1000 | 500 | 0 | 0 | 0 | 0 | A | W | no | 0 | 0 | 2.00 | 2.50 |
| HAGGINWOOD | 2000 | 750 | 80 | 14 | 6 | yes | 0 | W | no | 0 | yes | 11.00 | 17.00 |
| (CARL) HANSEN* | | | | | | | | | | | | N/A | 184.00 |
| (BERTHA HENSCHEL PLAYGROUND | 520 | 260 | 0 | 6 | 2 | 0 | 0 | m w | no | 0 | 0 | 1.04 | 2.54 |
| (MARK) HOPKINS SITE* | | | | | | | | | | | | N/A | 6.30 |
| (CARL) JOHNSTON | 3000 | 1000 | 40 | 5 | 3 | 0 | 0 | W | no | yes | 0 | 21.31 | 26.81 |
| (EDWARD) KEMBLE SITE* | | | | | | | | | | | | N/A | 3.10 |
| (WILLIAM) LAND+ (4) | 15000 | 10000 | 282 | 88 | 46 | 0 | 0 | w | yes | 0 | 0 | 116.00 | 236.00 |
| LAWRENCE | 1035 | 518 | 0 | 1 | 0 | 0 | 0 | W | no | 0 | 0 | 2.07 | 5.07 |
| (BING) MALONEY SITE* | | | | | | | | | | | | N/A | 32.00 |
| (JAMES) MANGAN | 1500 | 750 | 20 | 0 | 0 | 0 | 0 | W | no | yes | yes | 6.67 | 21.67 |
| (JAMES) MARSHALL (5) | N/A | N/A | 0 | 0 | 0 | yes | 0 | W | no | 0 | yes | .75 | 2.50 |
| (JAMES) MC CLATCHY | 1000 | 750 | 38 | 6 | 3 | yes | A | W | no | 0 | yes | 7.32 | 15.32 |

PARKS AND RECREATION

| NAME OF PARK | Assembly | Assembly activity | Parking spaces on park | Picnic tables | Barbecue braziers | Security lights | Program lights | Rest rooms | Amplified sound permitted | Swimming pool | Clubhouse | Open space acreage | Acreage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MC KINLEY + | 2000 | 1000 | 0 | 21 | 13 | yes | T | m/w | no | yes | yes | 16.28 | 36.28 |
| (FREDERICK) MILLER | 2000 | 1000 | 385 | 20 | 4 | 0 | 0 | m/w | no | 0 | 0 | 40.00 | 56.98 |
| (JOHN) MUIR PLAYFIELD | 500 | 250 | 0 | 3 | 0 | 0 | 0 | w | no | 0 | 0 | 1.00 | 2.50 |
| (ROY) NIELSEN* | | | | | | | | | | | | N/A | 9.40 |
| NORTHGATE (6) | 1750 | 875 | 0 | | | yes | yes | w | no | 0 | 0 | 3.50 | 15.43 |
| OKI | 1000 | 500 | 0 | 0 | 0 | 0 | 0 | m/w | no | 0 | 0 | 5.13 | 6.88 |
| PLAZA | 1000 | 500 | 0 | 0 | 0 | yes | 0 | m/w | no | 0 | 0 | 2.00 | 2.50 |
| PLAZA CERVANTES | 1000 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.00 | 2.00 |
| POCKET-RIVERFRONT SITE* | | | | | | | | | | | | N/A | 18.96 |
| (JACK) REA | 125 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | no | 0 | 0 | .25 | .71 |
| (HARRY) RENFREE FIELD | 1000 | 60 | 600 | 0 | 0 | yes | A | m/w | yes | 0 | 0 | | |
| REDWOOD (2) | 2000 | 1000 | 110 | 0 | 0 | yes | A | m/w | no | 0 | 0 | 4.00 | 4.25 |
| REICHMUTH (7) | 2000 | 750 | 35 | 0 | 0 | yes | yes | m/w | no | 0 | 0 | 14.00 | 50.00 |
| RICHARDSON VILLAGE | 925 | 463 | 0 | 2 | 1 | 0 | 0 | m/w | no | 0 | 0 | 2.00 | 2.00 |
| ROOSEVELT PLAYFIELD (2) | 1000 | 500 | 0 | 0 | 0 | yes | A | m/w | no | 0 | 0 | 2.00 | 2.50 |
| (FRANK) SEYMOUR | 2000 | 1000 | 0 | 0 | 0 | 0 | 0 | o | no | 0 | 0 | 10.00 | 10.00 |
| (GEORGE) SIM | 1500 | 750 | 47 | 5 | 0 | 0 | 0 | m/w | no | yes | 0 | 6.11 | 13.11 |
| SOUTHSIDE | 1000 | 750 | 0 | 12 | 4 | 0 | A | m/w | yes | yes | 0 | 11.40 | 26.44 |
| (LELAND) STANFORD PLAYFIELD (2) | 1000 | 500 | 0 | 0 | 0 | 0 | A | m/w | no | 0 | 0 | 2.00 | 2.50 |
| STRAWBERRY MANOR | 500 | 250 | 0 | 3 | 2 | 0 | 0 | m/w | no | 0 | 0 | 1.00 | 1.38 |
| SUNLAND VISTA SITE* | | | | | | | | | | | | N/A | 2.70 |
| TAHOE | 1500 | 750 | 160 | 4 | 1 | 0 | A | m/w | no | yes | 0 | 6.38 | 19.38 |
| TRIANGLE SITE* | | | | | | | | | | | | N/A | |
| 21ST AVENUE PARKWAY | | | | | | | | | | | | N/A | 15.00 |
| VALLEY HI | 1000 | 750 | 0 | 1 | 0 | 0 | 0 | m/w | no | 0 | 0 | 2.89 | 5.39 |
| VALLEY HI SITE (CENTER PKWY.)* | | | | | | | | | | | | N/A | 17.57 |
| (EARL) WARREN | 1025 | 515 | 0 | 0 | 0 | 0 | 0 | m/w | no | 0 | 0 | 2.05 | 5.05 |
| (ALBERT) WINN | 1120 | 560 | 0 | 0 | 0 | 0 | 0 | m/w | no | 0 | 0 | 2.24 | 2.49 |
| WOODBINE | 1855 | 678 | 0 | 1 | 0 | 0 | 0 | m/w | no | 0 | 0 | 2.71 | 5.71 |
| WOODLAKE | 1250 | 654 | 25 | 3 | 2 | 0 | 0 | m/w | no | 0 | yes | 2.50 | 4.50 |

(B)  use of any radio, tape player, tape
recorder, record player, or television to which
the provisions of Section 66.302(m) of this Code
are applicable.

(C)  to the use of any amplified sound by
any peace officer or employee of the City while
engaged in the performance of his or her duties.

Division IV.  Fund Raising

Sec. 27.100 Fund Raising Permit.

(a)  In addition to any other permit required by this chapter,
any nonprofit organization desiring to raise funds in any park
or building shall first obtain a fund raising permit, provided,
however, that no permit shall be required for a religious organi-
zation to raise funds for a religious purpose or for sponsored/
co-sponsored activities.  Such application shall be filed at least
ten (10) business days prior to the activity.

(b)  Application for a fund raising permit shall be made to
the Director stating:

1.  The name, address and telephone number of the
nonprofit organization which is the applicant;

2.  The dates and hours of the activity;

3.  The purpose for which the organization exists;

4.  The purpose for the fund raising activity;

5.  A copy of any charitable solicitations permit
required pursuant to Article III of Chapter 10 of the
Sacramento City Code concerning charitable solicitations;

3.6.  Estimated attendance; and,

7.  If a charitable solicitations permit referred to
in subsection (b)5 above is not required, then the

~~applicant shall provide the names and addresses of all persons who will engage in fund raising, together with written evidence of authorization for said persons to raise funds for any organization or persons which the solicitation purports to benefit.~~

Sec. 27.110   Action on Application, Grounds for Denial, Procedure.

The Director shall issue the permit within eight (8) business days of the filing of the application, unless he finds on the basis of the information provided in the application or from his independent investigation that:

(a)   the application is not complete or timely;

(b) ~~a copy of the charitable solicitation permit, if required, has not been provided;~~

~~(c) if a charitable solicitations permit is not required, that the applicant has not met the requirements of subsection (b) 7 of Sec. 27.100;~~

(b) ~~(d)~~ the park, building or portion thereof is not available because of prior reservation, prior contract, or City sponsored or co-sponsored event, or will not accommodate the activity because of the number of persons expected to attend.

Division V.   Permit Procedure for Building Use, Park Use, Amplified Sound Permit Applications

Sec. 27.120   Building Use, Park Use, Amplified Sound Permit Applications.

Whenever a building use, park use, or amplified sound permit is required by provisions of this article, an application shall be filed with the Director at least ten (10) business days in advance of the date for which the permit is sought stating:

15